| PROB 22 (Rev. 2/88) | TRANSFER OF JURISDICTION | DOCKET NUMBER (Tran. Court) 1:20 CR 0142-1 (KMW) |
|---|---|---|
| | | DOCKET NUMBER (Rec. Court) 2:23CR455 (JXN) |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE: Paresh Patel | DISTRICT SOUTHERN DISTRICT OF NEW YORK |
|---|---|
| | NAME OF SENTENCING JUDGE Kimba M. Wood |
| | DATES OF PROBATION/SUPERVISED RELEASE: FROM 9/17/2021 TO 9/16/2024 |

**OFFENSE**

Obstruction of Justice, in violation of 18 USC 1519 and 18 USC 2, a class C felony.

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE "SOUTHERN DISTRICT OF NEW YORK"

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the District of New Jersey upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court. *

_5/15/23_
Date

_Kimba M. Wood_
United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEW JERSEY

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

_6/12/2023_
Effective Date

United States District Judge